UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
GARY J. BESSETT,,

                Plaintiff,,

   v.                                      09-CV-0735

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
United States District Judge

## DECISION and ORDER

      This matter was referred to the Hon. David R. Homer, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Rule 72.3(d) of the Local Rules of the Northern District of New York. No objections to the December 14, 2010 Report-Recommendation have been raised. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, this Court adopts the Report-Recommendation and Order for the reasons stated therein.

      The Defendant's decision denying benefits is hereby AFFIRMED.

IT IS SO ORDERED.

Dated: January 28, 2011

*Thomas J. McAvoy* (signature)
Thomas J. McAvoy
Senior, U.S. District Judge